**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | | |
|---|---|---|
| MAX OWEN YOUNG, | ) | NO.  SA CV 15-00726-AS |
| Plaintiff, | )<br>) | |
| v. | )<br>) | **JUDGMENT** |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social<br>Security, | )<br>)<br>) | |
| Defendant. | )<br>)<br>) | |

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

    DATED:  March 9, 2016.

                                                /s/
                            _____
                               ALKA SAGAR
                UNITED STATES MAGISTRATE JUDGE