1  Shanny J. Lee, Calif. Bar No. 213599
   LAW OFFICES OF HARRY J. BINDER
2  AND CHARLES E. BINDER, P.C.
   60 East 42nd Street Suite 520
3  New York, NY 10165
4  Phone (212) 677-6801
   Fax   (646) 273-2196
5  Email:  fedcourt@binderlawfirm.com
6
7  Attorneys for Plaintiff Max Owen Young
8
9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11
12 MAX OWEN YOUNG,            )  No.:  8:15-cv-00726-AS
                              )
13     Plaintiff,             )  (~~PROPOSED~~)  **ORDER**
                              )  **AWARDING ATTORNEY FEES**
14        v.                  )  **UNDER THE EQUAL ACCESS TO**
                              )  **JUSTICE ACT, PURSUANT TO**
15 CAROLYN W. COLVIN,         )  **28 U.S.C. § 2412(d), AND COSTS,**
16 Acting Commissioner of Social )  **PURSUANT TO 28 U.S.C. § 1920**
   Security,                  )
17                            )
                              )
18     Defendant.             )
19 _____
20
21
22     Based upon the parties' Stipulation for the Award and Payment of Equal
23 Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall
24 be awarded attorney fees under the EAJA in the amount of FIVE THOUSAND
25 DOLLARS ($5,000.00), and costs under 28 U.S.C. § 1920, in the amount of
26 FOUR HUNDRED DOLLARS ($400.00), subject to the terms of the above-
27 referenced Stipulation, to include the United States Department of the Treasury's
28

1

Offset Program pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Any payment shall be delivered to Plaintiff's counsel.

Dated: June 21, 2016                              / s /

                                            Honorable Alka Sagar
                                            United States Magistrate Judge